# OFFICE OF THE FEDERAL DEFENDER
## EASTERN DISTRICT OF CALIFORNIA
### 801 I STREET, 3rd FLOOR
### SACRAMENTO, CALIFORNIA 95814
### (916) 498-5700  Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda Harter
Chief Assistant Defender

February 21, 2008

Ms. Erin Radekin
Attorney at Law
428 J Street, #350
Sacramento, CA 95814

**FILED**

FEB 2 1 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

Re:   **U.S. v. Anthony Mark Fuentes-Leja**
      **Mag.-08-031-GGH**

Dear Ms. Radekin:

This will confirm your appointment as counsel by the Honorable Gregory G. Hollows, U.S. Magistrate Judge, to represent the above-named defendant. You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

Enclosed is CJA 20 form, your Order of Appointment and Voucher for services rendered. Also enclosed is an instruction sheet discussing the use of the forms.

If we may be of any further assistance regarding the processing of the enclosed form, preparation of form CJA 21 for expert services, or in reference to any other matter pertaining to this case, please feel free to call upon us at any time.

Very truly yours,

CYNTHIA L. COMPTON
CJA Panel Administrator

:clc
Enclosures

cc:   Clerk's Office

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE<br>CAE | 2. PERSON REPRESENTED<br>Fuentes-Leja, Anthony Mark | | | VOUCHER NUMBER | |
|---|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER<br>2:08-000031-001 | 4. DIST. DKT./DEF. NUMBER | | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>U.S. v. Fuentes-Leja | 8. PAYMENT CATEGORY<br>Felony | | 9. TYPE PERSON REPRESENTED<br>Adult Defendant | | 10. REPRESENTATION TYPE (See Instructions)<br>Criminal Case |
| 11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)  If more than one offense, list (up to five) major offenses charged, according to severity of offense.<br>1) 8 1326A.F -- REENTRY OF DEPORTED ALIENS | | | | | |

| 12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS<br>Radekin, Erin<br>428 J Street, #350<br>Sacramento CA 95814<br><br>Telephone Number: (916) 446-3331 | 13. COURT ORDER<br>[X] O Appointing Counsel       [ ] C Co-Counsel<br>[ ] F Subs For Federal Defender   [ ] R Subs For Retained Attorney<br>[ ] P Subs For Panel Attorney     [ ] Y Standby Counsel<br>Prior Attorney's Name: _____<br>Appointment Date: _____<br>[ ] Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case,<br>or<br>[ ] Other (See Instructions)<br>GREGORY G. HOLLOWS<br>Signature of Presiding Judicial Officer or By Order of the Court<br>01/28/2008                Feb-1, 2008<br>Date of Order             Nunc Pro Tunc Date<br>Repayment or partial repayment ordered from the person represented for this service at time of appointment.   [ ] YES   [ ] NO |
| 14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions) | |

CLAIM FOR SERVICES AND EXPENSES

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. In Court | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ 100)     TOTALS: | | | | | |
| 16. Out of Court | a. Interviews and Conferences | | | | | |
| | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ 100)     TOTALS: | | | | | |
| 17. | Travel Expenses  (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses  (other than expert, transcripts, etc.) | | | | | |

GRAND TOTALS (CLAIMED AND ADJUSTED)

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE<br>FROM _____ TO _____ | 20. APPOINTMENT TERMINATION DATE<br>IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

22. CLAIM STATUS   [ ] Final Payment   [ ] Interim Payment Number _____   [ ] Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?   [ ] YES   [ ] NO   If yes, were you paid?   [ ] YES   [ ] NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?   [ ] YES   [ ] NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____   Date: _____

APPROVED FOR PAYMENT — COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | DATE | | 28a. JUDGE / MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | DATE | | 34a. JUDGE CODE |

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF

UNITED STATES vs Anthony Mark Fuentes-Leja

FOR: EASTERN DISTRICT OF CA
AT: SACRAMENTO, CALIFORNIA

LOCATION NUMBER: CAESC

PERSON REPRESENTED (Show your full name): Anthony Mark Fuentes Leja

- [x] 1 Defendant – Adult
- [ ] 2 Defendant – Juvenile
- [ ] 3 Appellant
- [ ] 4 Probation Violator
- [ ] 5 Parole Violator
- [ ] 6 Habeas Petitioner
- [ ] 7 2255 Petitioner
- [ ] 8 Material Witness
- [ ] 9 Other (Specify)

DOCKET NUMBERS
Magistrate: 08-31-GGH
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) [x] Felony ☐ Misdemeanor

8:1326

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes [x] No ☐ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment: 9/06
How much did you earn per month? $ 3,000 -
If married is your Spouse employed? ☐ Yes [x] No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: _____
SOURCES: In custody past 10 months

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes [x] No IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes [x] No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: _____
DESCRIPTION: _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them: In custody past 10 months

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: In custody past 10 months
Creditors: _____
Total Debt: $ _____
Monthly Payt.: $ _____

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 1/23/8

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Ant Luj